Argued June 16, affirmed July 9, petition for rehearing denied
August 4, petition for review denied September 22, 1970

## STATE OF OREGON, *Respondent, v.*
## HUGH KYLE NAUGHTEN, *Appellant.*

471 P2d 830

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

242

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

Defendant was tried and convicted upon jury trial of the crime of assault and robbery being armed with a dangerous weapon. He did not take the witness stand.

His sole ground of appeal is that the trial court erred in instructing the jury:

> "Every witness is presumed to speak the truth. This presumption may be overcome by the manner in which the witness testifies, by the nature of his or her testimony, by evidence affecting his or her character, interest, or motives, by contradictory evidence, or by a presumption."

This instruction is not erroneous. *State v. Kessler,* 254 Or 124, 458 P2d 432 (1969); *State v. Blank,* 1 Or App 550, 464 P2d 836 (1970).

Affirmed.